# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES PORTER and MARILYNN SANKOWSKI**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 13-2008** |

## ORDER RE: MOTION FOR RECONSIDERATION

**AND NOW**, this 12th day of October, 2017, for the reasons set forth in the foregoing memorandum, Plaintiff Porter's Motion for Reconsideration (ECF 28) is **DENIED**.


**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**


O:\CIVIL 13\13-2008 porter et al v. city phila et al\13cv2008 order re motion for reconsideration.doc