# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PORTER and MARILYNN SANKOWSKI<br><br>v.<br><br>CITY OF PHILADELPHIA, et al. | CIVIL ACTION<br><br>NO. 13-2008 |

## ORDER

AND NOW, this 30th day of August, 2018, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Judgment notwithstanding the verdict is **GRANTED** in favor of Defendant Chew as to the jury verdict of $7500 in favor of Plaintiff;

2. Motion of Defendant City of Philadelphia for Judgment as a Matter of Law or, in the Alternative, for a New Trial or to Alter or Amend the Judgment, or in the Alternative for Remittitur (ECF # 94) is **DENIED**; and

3. Any motions for attorney's fees shall be filed within 14 days.

                                                    **BY THE COURT:**

                                                    /s/ Michael M. Baylson

**Dated: 8/30/18**

                                                    **MICHAEL M. BAYLSON, U.S.D.J.**